Opinion issued April 17, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00906-CV

____________


IN RE DWAYNE KENT SINGLETON, Appellant






On Appeal from the Probate Court No. 3

Harris County, Texas

Trial Court Cause No. 368,107






MEMORANDUM OPINION

 Appellant Dwayne Kent Singleton has filed an unopposed motion to dismiss
his appeal. No opinion has issued. Accordingly, the motion is granted, and the
appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.